IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELLULAR TRANSITIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:18-cv-1385-CFC |
| | ) |
| LENOVO HOLDING COMPANY, INC., | ) |
| LENOVO (UNITED STATES), INC., and | ) |
| MOTOROLA MOBILITY LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Cellular Transitions, LLC and defendants Lenovo Holding Company, Inc., Lenovo (United States) Inc., and Motorola Mobility LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate, subject to the approval and order of the Court, that all of plaintiff's claims in this action be dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard C. Weinblatt* | */s/ Stephen J. Kraftschik* |
| Stamatios Stamoulis (No. 4606) | Jack B. Blumenfeld (#1014) |
| Richard C. Weinblatt (No. 5080) | Stephen J. Kraftschik (#5623) |
| 800 N. West Street, Third Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis @swdelaw.com | (302) 658-9200 |
| weinblatt@swdelaw.com | jblumenfeld@mnat.com |
| | skraftschik@mnat.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |

SO ORDERED this ___ day of July, 2019.

_____
HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE